MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0146 SBA |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
|     v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **CONFERENCE AND TO EXCLUDE** |
| JUDY RAE JARVIS, | ) | **TIME FROM SEPTEMBER 15, 2010 TO** |
| | ) | **OCTOBER 17, 2010** |
|     Defendant. | ) | |
| | ) | |

      On July 26, 2011, the parties appeared before the Honorable Saundra Brown Armstrong for a status conference.  At the hearing, the case was continued until September 27, 2011, in order to allow adequate time for the defense to provide and for the government to review and evaluate certain information relevant to the case.  On September 14, the Court rescheduled the September 27 hearing to September 30, 2011.  However, government counsel will be out of town on that date and unavailable to attend the hearing.  In light of that and the parties' schedules, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

      1. The status conference set for September 30, 2011 shall be rescheduled to October 17,

ORDER CONTINUING HR'G AND EXCLUDING TIME
CR 11-0146 SBA

1  2011 at 10:00 a.m.

2       2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 15, 2011 to October 17, 2011. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to continue to investigate certain defenses in the case, and would deny the government continuity of counsel.

       3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 15, 2011 to October 17, 2011, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

       4. Accordingly, and with the consent of the defendant, the Court orders that the period from September 15, 2011 to October 17, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

       IT IS SO STIPULATED.

DATED: September 15, 2011         /s/
                                  DEBORAH G. LEVINE
                                  Counsel for Judy Rae Jarvis


DATED: September 15, 2011         /s/
                                  BRIAN C. LEWIS
                                  Assistant United States Attorney

ORDER CONTINUING HR'G AND EXCLUDING TIME
CR 11-0146 SBA                     -2-

ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

The ends of justice served by the granting of a continuance from September 16, 2011 until October 17, 2011, outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from September 16, 2011 until October 17, 2011.

IT IS FURTHER ORDERED that the STATUS HEARING date of September 15, 2011 is CONTINUED to October 17, 2011 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 9-16-11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

ORDER CONTINUING HR'G AND EXCLUDING TIME
CR 11-0146 SBA                                      -3-