MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Facsimile:  (510) 637-3724
E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JUDY RAE JARVIS,<br><br>      Defendant. | No. CR 11-0146 SBA<br><br>**STIPULATION AND ORDER TO SET STATUS CONFERENCE FOR MAY 21, 2012 AT 9:30 A.M., AND TO EXCLUDE TIME FROM MAY 9, 2012 TO MAY 21, 2012** |

      The district court vacated status conference set for May 1, 2012, and ordered that any future status conference be held before the magistrate.  For this reason, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

      1. This matter shall be set for a status conference before the Honorable Donna M. Ryu on May 21, 2012 at 9:30 a.m.

      2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 9, 2012 to May 21, 2012.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

ORDER SETTING STATUS BEFORE THE MAGISTRATE AND EXCLUDING TIME
CR 11-0146 SBA

into account the exercise of due diligence and the need for defense counsel to review discovery and conduct investigation related to potential tax fraud charges the government may seek in an anticipated superseding indictment.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 9, 2012 to May 21, 2012, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from May 9, 2012 to May 21, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 9, 2012           /s/
                             DEBORAH G. LEVINE
                             Counsel for Judy Rae Jarvis

DATED: May 9, 2012           /s/
                             BRIAN C. LEWIS
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: _5/11/12_             SAUNDRA BROWN ARMSTRONG
                             United States District Judge

ORDER SETTING STATUS BEFORE THE MAGISTRATE AND EXCLUDING TIME
CR 11-0146 SBA                       -2-