1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for JUDY RAE JARVIS

6

7                    **UNITED STATES DISTRICT COURT**

8            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                          **OAKLAND DIVISION**

10

11  THE UNITED STATES OF AMERICA,          )   **No. CR 11-00146 SBA**
                                           )
12              Plaintiff,                 )   STIPULATION AND ORDER FOR
                                           )   MODIFIED CONDITIONS
13          vs.                            )   OF  PRE TRIAL RELEASE
                                           )   FOR TRAVEL WITHIN CONTINENTAL
14  JUDY RAE JARVIS  ,                     )   UNITED STATES
                 Defendant.                )
15  _____)

16

17         The Defendant JUDY RAE JARVIS, through her counsel, DEBORAH G. LEVINE and

18  Assistant United States Attorney, BRIAN LEWIS, do hereby stipulate that Defendant, Judy Rae

19  Jarvis, be permitted to travel within the continental United States without prior court order, but with

20  prior approval of Pre-Trial Services.

21         The defendant has complied with all conditions of  her pre-trial release since orders were

22  made by this court for her release.  United States Pre-Trial Service Officer Amaryllis Gonzales has

23  been informed of this proposed order and is not opposed to this modification.  All other release

24  conditions will remain unchanged.

25         For the forgoing reasons, the parties stipulate and agree that Judy Rae Jarvis be permitted to

26  travel within the continental United States without prior court order as long as pre trial services is

27  informed about any travel plans before defendant leaves the Northern District.

28

IT IS SO STIPULATED:

Dated: October 11, 2012     /s/ Brian Lewis
             BRIAN LEWIS
             Assistant United States Attorney

Dated: October 11, 2012     /s/ Deborah G. Levine
             DEBORAH G. LEVINE
             Attorney for Judy Rae Jarvis

**ORDER**

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES JUDY RAE JARVIS TO TRAVEL WITHIN THE CONTINENTAL UNITED STATES WITHOUT PRIOR COURT AUTHORIZATION AS LONG AS PRE TRIAL SERVICES APPROVES OF ANY PLAN TO LEAVE THE NORTHERN DISTRICT IN ADVANCE. ALL OTHER RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED.

Dated:  10/12/12             
            DONNA M. RYU
            UNITED STATES MAGISTRATE JUDGE