DEBORAH G. LEVINE
State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA  94596
(925) 933-5100

Attorney for JUDY RAE JARVIS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   )  | Case No.  CR 11-0146 SBA |
| Plaintiff,   ) | |
| )  | STIPULATION AND |
| vs.   ) | [~~PROPOSED~~] ORDER FOR CONTINUANCE |
| )  | |
| JUDY RAE JARVIS,   ) | |
| )  | |
| Defendant.   ) | |
| _____)  | |

    The parties last appeared before the duty magistrate for a status conference on October 2, 2012.  At that conference the parties requested more time to allow the defense to review and investigate discovery related to uncharged  tax violations.  The court granted the parties request, excluded time and set another status conference for January 29, 2013.  The parties have conferred and believe that the defense needs additional time to complete its investigation and for that reason have agreed to make this joint request for a continuance.  Both parties now stipulate and ask this Court to find and order as follows:

    1.    This matter shall be set for a status conference before the duty magistrate on February 26, 2013 at 9:30 a.m.

    2.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.§3161, from January 29, 2013 to February 26, 2013.   Failure to grant the requested continuance would unreasonably deny defense counsel time necessary for effective

preparation, taking into account the exercise of due diligence and the need for the defense to review discovery and conduct investigation related to potential tax fraud charges the government may seek in an anticipated superceding indictment.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period between January 29, 2013 through February 26, 2013, outweigh the best interest of the public and the defendant in a speedy trial and filing an indictment or information. 18 U.S.C. §3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from January 29, 2013 and February 26, 2013, be excluded from the Speedy Trial Act calculations under 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

///
///
///

IT IS SO STIPULATED:

Dated: January 23, 2013              /s/
                                     BRIAN C. LEWIS
                                     Assistant United States Attorney

Dated: January 23, 2013              /s/
                                     DEBORAH G. LEVINE
                                     Attorney for Judy Rae Jarvis

1
2
3                                    **ORDER**
4
5 UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE STATUS
6 CONFERENCE WILL BE CONTINUED FROM JANUARY 29, 2013 TO FEBRUARY 26, 2013
7 AT 9:30 a.m.
8
9 Dated:  1/28/13
10                                                       UNITED STATES MAGISTRATE JUDGE