| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | BRIAN C. LEWIS  (DCBN 476851)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3680 |
| 7 | Facsimile:  (510) 637-3724<br>E-Mail: brian.lewis@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0146 SBA |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 16, 2013 AND TO EXCLUDE TIME** |
| JUDY RAE JARVIS, | ) | |
| Defendant. | ) | |

The parties are scheduled to appear before the duty magistrate for a status conference on June 11, 2013.  The parties have previously requested more time to allow the defense to review and investigate discovery and produce discovery to the government related to possible additional tax charges committed by the defendant.  The defense has now produced additional discovery to the government, and the government needs additional time to review and investigate the matters covered by the discovery.  For this reason, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

1. This matter shall be set for a status conference before the duty magistrate on July 16, 2013 at 9:30 a.m.

ORDER CONTINUING STATUS AND EXCLUDING TIME
CR 11-0146 SBA

    2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 5, 2013, to July 16, 2013.  Failure to grant the requested continuance would unreasonably deny defense counsel and government reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel and government counsel to review discovery and conduct investigation related to potential tax fraud charges the government may seek in an anticipated superseding indictment.

    3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 5, 2013, to July 16, 2013, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

    4. Accordingly, and with the consent of the defendant, the Court orders that the period from June 5, 2013, to July 16, 2013, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 5, 2013           /s/
DEBORAH G. LEVINE
Counsel for Judy Rae Jarvis

DATED: June 5, 2013           /s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  June 6, 2013
DONNA M. RYU
United States Magistrate Judge