1    DEBORAH G. LEVINE
     State Bar No. 57607
2    Law Offices of Deborah G. Levine
     1299 Newell Hill Place, Suite 300
3    Walnut Creek, CA  94596
     (925) 933-5100
4
     Attorney for JUDY RAE JARVIS
5

6

7                    **UNITED STATES DISTRICT COURT**

8               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                         **OAKLAND DIVISION**

10

11   THE UNITED STATES OF AMERICA,          )   **Case No.  CR 11-00146 SBA**
                                            )
12                  Plaintiff,              )   **STIPULATION AND**
                                            )   [~~**PROPOSED**~~] **ORDER TO**
13   vs.                                    )   **CONTINUE STATUS CONFERENCE**
                                            )   **TO OCTOBER 8, 2013 AND TO**
14   JUDY RAE JARVIS,                       )   **EXCLUDE TIME**
                                            )
15                  Defendant.              )
     _____)
16

17          The parties are scheduled to appear before the duty magistrate for a status conference on

18   September 10, 2013.  The parties have previously requested additional time to allow the defense to

19   review and investigate discovery to produce discovery which has been done.  The government

20   produced additional reports on August 29, 2013 as a result of the defense production.  Now the

21   defense needs additional time to review the new discovery and investigate based on that production.

22   For this reason, with the agreement of counsel for both parties and the defendant, the parties now

23   stipulate and ask the Court to find and order as follows:

24   1.     That the mater shall be set for status conference before the duty magistrate for October 8,

25   2013 at 9:30 a.m.

26   2.     The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.§3161, from

27

28                                            1

September 10, 2013 to October 8, 2013.  Failure to grant the requested continuance would unreasonably deny defense counsel and government reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review newly produced reports and to conduct investigation arising from that discovery which relates to potential tax fraud charges the government may seek in an anticipated superceding indictment or information.

3.      Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 10, 2013 to October 8, 2013, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information.  18 U.S.C.§3161(h)(7)(A).

4.      Accordingly, and with the consent of the defendant, the Court orders that the period from September 10, 2013 to October 13, 2013, be excluded from the Speedy Trial Act calculations and under 18 U.S.C.§3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

Dated: August 30, 2013 _____     _____/s/_____
                                                                          BRIAN C. LEWIS
                                                                          Assistant United States Attorney

Dated:  August 30, 2013 _____     _____/s/_____
                                                                          DEBORAH G. LEVINE
                                                                          Attorney for Judy Rae Jarvis

**IT IS SO ORDERED:**

**Dated:** _____9/3/13_____        _____
                                                                          KANDIS A. WESTMORE
                                                                          United States Magistrate Judge

2