1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 11-0146 SBA |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE FOR CHANGE OF PLEA |
| v. | ) |
| JUDY RAE JARVIS, | ) |
| Defendants. | ) |

The above-captioned matter is set on May 13, 2014, at 9:30 a.m. before the magistrate court for a status hearing. The parties jointly request that the Court set the matter at that same date and time for a change of plea hearing before the duty magistrate judge. The government has filed a superseding information charging the defendant with violations of the tax code. The defendant intends to plead guilty to the superseding information without an agreement with the government. Based on the Court's unavailability, the parties agree that it is appropriate for the Court to refer this matter to the magistrate

//
//
//
//

ORDER SETTING CHANGE OF PLEA
CR 11-0146 SBA

1  court for a change of plea hearing, pursuant to Criminal Local Rule 7-1(b)(14).

2      1.

3          IT IS SO STIPULATED.

4  DATED: May 12, 2014                    /s/
                                          DEBORAH LEVINE
5                                         Counsel for Judy Rae Jarvis

6

7  DATED: May 12, 2014                    /s/
                                          BRIAN C. LEWIS
8                                         Assistant United States Attorney

9

10     IT IS SO ORDERED.

11

12 DATED: 5/13/2014
                                          SAUNDRA B. ARMSTRONG
13                                        United States Senior District Judge

ORDER SETTING CHANGE OF PLEA
CR 11-0146 SBA